1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RUSH AIR SPORTS, LLC, a California            Case No.: 1:19-cv-00385-LJO-BAM
    limited liability company,
12
13              Plaintiff,                        **ORDER**

14        v.

15  RDJ GROUP HOLDINGS, LLC, a Virginia
    limited liability company,  RALPH PARK, an
16  individual,
    JEFF SHIRING, an individual, DAVID
17  SILVERMAN, an individual; and DOES 1–50,
    inclusive,
18
              Defendants.
19
20
21
22
23
24
25
26
27
28

1    Having considered the parties' stipulation, and for good cause having been shown, the

2    parties' stipulation is hereby approved.

3    **IT IS HEREBY ORDERED** that the hearing on Cross-Defendants' Motions to Dismiss

4    [Dkt Nos. 13, 14, and 15], Motion to Strike [Dkt No. 12], and Motion for More Definite

5    Statement [Dkt No. 16] is continued from July 12, 2019 to **August 23, 2019 at 9:00 a.m.**;

6    **IT IS ALSO ORDERED** that Cross-Plaintiffs' Oppositions to Cross-Defendants'

7    Motions to Dismiss [Dkt Nos. 13, 14, and 15], Motion to Strike [Dkt No. 12], and Motion for

8    More Definite Statement [Dkt No. 16] are due on or before **July 29, 2019**;

9    **IT IS FURTHER ORDERED** that Cross-Defendants' Replies to the Oppositions to the

10   Motions to Dismiss [Dkt Nos. 13, 14, and 15], Motion to Strike [Dkt No. 12], and Motion for

11   More Definite Statement [Dkt No. 16] are due on or before **August 12, 2019**;

12   **IT IS FURTHER ORDERED** that the Case Management Conference currently

13   scheduled for July 2, 2019 is continued to **August 23, 2019 at 9:00 a.m.**

14

15   IT IS SO ORDERED.

16   Dated: __**June 24, 2019**__          _____/s/ Lawrence J. O'Neill_____

17                                          UNITED STATES CHIEF DISTRICT JUDGE