| | |
|---|---|
| LAW OFFICES OF LEBEAU THELEN, LLP ANDREW SHEFFIELD (SBN 220735) 5001 East Commercenter Drive, Suite 300 P.O. Box 12092 Bakersfield, CA 93389-2092 Telephone: 661.325.8962 Facsimile: 661.325.1127 | Rocky C. Tsai (CSB #221452) ROPES & GRAY LLP Three Embarcadero Center San Francisco, CA 94111-4006 rocky.tsai@ropesgray.com (415) 315-6300 |
| Attorneys for Plaintiff/Cross-Defendants Rush Air Sports, LLC; David C. Bynum; and Arch Adams | Attorneys for Cross-Plaintiff, Flight Fit N Fun (Bakersfield) LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSH AIR SPORTS, LLC, a California limited liability company, Plaintiff, v. RDJ GROUP HOLDINGS, LLC, a Virginia limited liability company, RALPH PARK, an individual, JEFF SHIRING, an individual, DAVID SILVERMAN, an individual; and DOES 1–50, inclusive, Defendants. ──────────────────────── RDJ GROUP HOLDINGS, LLC, a Virginia limited liability company, RALPH PARK, an individual, JEFF SHIRING, an individual, DAVID SILVERMAN, an individual; FLIGHT FIT N RUN (BAKERSFIELD) LLC, a Delaware limited liability company, Cross-Plaintiffs, v. RUSH AIR SPORTS, LLC; DAVID BYNUM, ARCH ADAMS, Counter and Cross-Defendants | Case No. 1:19-cv-00385-NONE-JLT

**STIPULATED REQUEST AND [PROPOSED] ORDER RE DISMISSAL OF CROSS-PLAINTIFF FLIGHT FIT N FUN (BAKERSFIELD) LLC'S CROSS-CLAIMS AND COUNTERCLAIMS**
(Doc. 72) |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Cross-Plaintiff Flight Fit N Fun (Bakersfield) LLC (the "Bakersfield LLC Cross-Plaintiff"), and Rush Air Sports, LLC, David Bynum, and Arch Adams (collectively, "Cross-Defendants," and together with the Bakersfield LLC Cross-Plaintiff, the "Settling Parties"), through their undersigned counsel, hereby respectfully stipulate and agree, and respectfully request an order of dismissal, in accordance with the following:

WHEREAS, on April 26, 2019, the Bakersfield LLC Cross-Plaintiff appeared in the above-entitled action as a cross-plaintiff, filing counterclaims against Rush Air Sports, LLC and cross-claims against David Bynum and Arch Adams (collectively, the "Bakersfield LLC Cross-Plaintiff's Claims");

WHEREAS, the Settling Parties have reached a settlement in regard to this action;

WHEREAS, in light of the above, the Settling Parties agree that the Bakersfield LLC Cross-Plaintiff's Claims should be dismissed, and respectfully request such dismissal pursuant to the proposed order of dismissal accompanying this stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Court enter an order of dismissal with prejudice as to the Bakersfield LLC Cross-Plaintiff's Claims and dismiss the Bakersfield LLC Cross-Plaintiff from this action with prejudice.

**SO STIPULATED AND AGREED TO BY:**

Dated: September 10, 2020          /s/ Andrew Sheffield (as authorized on Sept. 10, 2020)

LAW OFFICES OF LEBEAU THELEN, LLP
ANDREW SHEFFIELD (SBN 220735)
5001 East Commercenter Drive, Suite 300
P.O. Box 12092
Bakersfield, CA 93389-2092
Telephone: 661.325.8962
Facsimile: 661.325.1127

Attorneys for Plaintiff/Cross-Defendants
Rush Air Sports, LLC; David C. Bynum;

and Arch Adams

Dated:   September 10, 2020

/s/ Rocky C. Tsai_____

Rocky C. Tsai (CSB #221452)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
rocky.tsai@ropesgray.com
(415) 315-6300

Attorneys for Cross-Plaintiff,
Flight Fit N Fun (Bakersfield) LLC

### ORDER CLOSING THE ACTION AS TO CROSS-PLAINTIFF FLIGHT FIT N FUN (BAKERSFIELD) LLC'S CROSS-CLAIMS AND COUNTERCLAIMS

Pursuant to the stipulation of the parties (Doc. 72) and Federal Rules of Civil Procedures 41(a)(1), the Court ORDERS that the action as it relates ONLY to Flight Fit N Fun (Bakersfield) LLC's counterclaim against Rush Air Sports LLC and crossclaim against David Bynum and Arch Adams is CLOSED. Accordingly, the Clerk of Court is DIRECTED to close the counterclaim and cross action ONLY. Consequently, Flight Fit N Fun (Bakersfield) LLC is terminated from this action.

IT IS SO ORDERED.

Dated: **September 10, 2020**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE