**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSH AIR SPORTS, | ) Case No.: 1:19-cv-00385 NONE JLT |
| Plaintiff, | ) |
| | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 77) |
| | ) |
| RDJ GROUP HOLDINGS, LLC, et al., | ) |
| Defendants. | ) |
| | ) |
| AND RELATED CROSS-ACTION | ) |

The parties report that this matter has settled and indicate they will seek dismissal of the action soon. (Doc. 77) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed <u>**no later than March 5, 2021**</u>;

    2.    All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

    Dated:   **January 20, 2021**           /s/ Jennifer L. Thurston
                                                               UNITED STATES MAGISTRATE JUDGE