UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSH AIR SPORTS,<br><br>        Plaintiff,<br><br>    v.<br><br>RDJ GROUP HOLDINGS, LLC, et al.,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 1:19-cv-00385 NONE JLT<br><br>AMENDED ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 77) |

The parties report that this matter has settled and indicate they will seek dismissal of the action soon. (Doc. 77)  Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than March 5, 2021**;

    2.    All pending dates, conferences, motions, and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **January 21, 2021**           /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE