# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSH AIR SPORTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RDJ GROUP HOLDINGS, LLC, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 1:19-cv-00385 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT AND TO CLOSE THIS CASE<br><br>(Doc. 80) |

The parties have stipulated to the action and cross action to being dismissed with prejudice and with each party to bear their own fees and costs (Doc. 80 at 2). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to assign a District Judge to this action for purposes of closing this case and to close this action.

IT IS SO ORDERED.

　　Dated:　**January 25, 2021**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE